1925. Dismissed, per stipulation, on motion of *Solicitor General Beck* for respondent.   *Mr. A. S. Gilbert* for petitioner.

---

No. 253. SEABOARD AIR LINE RAILWAY COMPANY *v.* O. T. BELSHE. Error to the Supreme Court of the State of North Carolina. January 26, 1925. Dismissed with costs, on motion of *Mr. Murray Allen* for the plaintiff in error. *Mr. Clyde A. Douglass, Mr. William C. Douglass* and *Mr. Robert N. Simms* for defendant in error.

---

No. 263. BURNARD WHITTEN *v.* STATE OF FLORIDA. Error to the Supreme Court of the State of Florida. January 28, 1925. Dismissed with costs, on motion of *Mr. W. D. Bell* for the plaintiff in error. No appearance for defendant in error.

---

No. 244. UNITED STATES *v.* DEWITT T. LAW. Error to the District Court of the United States for the District of Montana. February 2, 1925. Dismissed, on motion of *Solicitor General Beck* for the United States. *Mr. DeWitt T. Law,* pro se.

---

No. 330. UNITED STATES *v.* HERBERT H. MCGOVERN. Error to the District Court of the United States for the District of Montana. March 2, 1925. Dismissed, on motion of *Solicitor General Beck* for the United States. No appearance for defendant in error.

---

No. 245. A. R. MCCULLOUGH ET AL., COPARTNERS, ETC., *v.* OLAF ANTON JANSON. Error to the Circuit Court of Appeals for the Ninth Circuit. March 2, 1925. Dis-